UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 1 6 2009

**Clerk, U.S. District and
Bankruptcy Courts**

Frank C. Chatman, Jr., )
)
Petitioner, )
)
v. ) Civil Action No. **09 1759**
)
Ronald King, )
)
Respondent. )

## MEMORANDUM OPINION

Petitioner, proceeeding *pro se*, has submitted an application for a writ of habeas corpus along with an application to proceed *in forma pauperis*. The Court will grant the application to proceed *in forma pauperis* and will dismiss the case for lack of jurisdiction.

Petitioner is a Mississippi state prisoner challenging a conviction entered by the Lowndes County Circuit Court in Columbus, Mississippi. Federal court review of state convictions is available under 28 U.S.C. § 2254 only after the exhaustion of available state remedies. *See* 28 U.S.C. §2254(b)(1). Thereafter, "an application for a writ of habeas corpus [] made by a person in custody under the judgment and sentence of a State court . . . may be filed in the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced [petitioner] and each of such district courts shall have concurrent jurisdiction to entertain the application." 28 U.S.C. § 2241(d). Petitioner claims that "all grounds was [sic] presented and denied in MS. State and Federal Court." Pet. at 6. He has no recourse here. A separate Order of dismissal accompanies this Memorandum Opinion.

_____
United States District Judge

Date: September 8, 2009